1 | MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
2 | JEAN BARNIER, SBN 231683
MONIQUE JEWETT-BREWSTER SBN 217792
3 | 645 First St. West, Suite D
Sonoma, California 95476
4 | Telephone: (707) 935-3205
Facsimile: (707) 935-7051
5 | Email: mjewett-brewster@macbarlaw.com

Attorneys for Trustee
7 | JANINA M. ELDER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-33974 TEC |
| | (Chapter 7) |
| TERRY A. VEEVERS, | |
| JACQUELINE C. VEEVERS, | **MOTION TO SELL PERSONAL PROPERTY OF THE ESTATE** |
| Debtors. | **SUBJECT TO OVERBID** |
| | Date: September 7, 2010 |
| | Time: 9:30 a.m. |
| | Hon. Thomas E. Carlson - Courtroom 23 |

TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY JUDGE:

The motion of Janina M. Elder, Chapter 7 Trustee in Bankruptcy of the Estate of Terry A. and Jacqueline C. Veevers, respectfully represents:

1.  On December 15, 2009, the debtors Terry A. and Jacqueline C. Veevers ("Debtors"), filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code in the above-entitled Court. Thereafter, movant Janina M. Elder was duly appointed as the Chapter 7 Trustee in Bankruptcy ("Trustee").

///

1    2. Among the assets of the estate is the client list for the Debtors' Jackson-Hewitt tax preparation business (the "Client List"). On May 14, 2010, the Trustee filed her *Motion to Compel Turnover of Property of the Estate* ("Motion"), wherein the Trustee sought entry of an order compelling the Debtors to turnover over, among other assets, the Client List, to be marketed and sold for the benefit of the estate's creditors.

3. On July 20, 2010, this Court entered its Order granting the Trustee's Motion, and compelling the Debtors to turnover to the Trustee whatever interest the Debtors had in the Client List.

4. Through their respective counsel of record, the Trustee and the Debtors have engaged in arms-length negotiations for the Debtors' purchase of the Client List. Subject to authorization by this Court, the Trustee has agreed to sell whatever interest the estate holds in the Client List to the Debtors for the sum of $10,000.00 cash, subject to overbid. The transaction will be documented by a simple bill of sale.

5. The Trustee believes that it is appropriate to offer the Client List for sale subject to overbid in order to maximize the estate's recovery for this asset. As such, the Trustee proposes to sell the Client List subject to overbid pursuant to the following procedures:

    (i) To qualify for bidding, any prospective overbidder must deliver to the undersigned counsel for the Trustee a certified or cashier's check made payable to "Janina M. Elder, Trustee in Bankruptcy" in the amount of $1,000.00 on or before August 20, 2010;

    (ii) any qualified bidder must submit an initial overbid in the minimum amount of $10,500.00 at the hearing set on this motion; and

    (iii) any qualified bidder thereafter may submit further bids at the hearing set on this motion in an open auction process in $500 increments.

/ / /

/ / /

[8019.MSPP]   PAGE 2
Case 09-33974   Doc# 36   Filed: 07/30/10   Entered: 07/30/10 17:32:40   Page 2 of 3

6. Good cause exists to authorize the Trustee to consummate this sale subject to overbid pursuant to the procedures set forth above. Particularly, the proposed sale will avoid the considerable administrative expenses involved in the Trustee's attempting to market the Client List to third parties. The Trustee therefore has concluded that the consummation of the sale in question is in the best interests of the creditors of the Debtors' bankruptcy estate.

WHEREFORE, the Trustee prays that the Court enter its Order authorizing the proposed sale of the Client List to the Debtors subject to overbid pursuant to the procedures set forth in Paragraph 5 herein; and granting any such further relief as the Court deems proper.

Dated: July 30, 2010  MACCONAGHY & BARNIER, PLC

  /s/ Monique Jewett-Brewster
By Monique Jewett-Brewster
*Attorneys for Janina M. Elder,*
*Trustee in Bankruptcy*